UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                     :
ERIC SCOTT VEGAS,                          :   Case No. 15-18347 REF
    *Debtor*                              :   Chapter 13
                                           :

### ORDER TO SHOW CAUSE WHY MOTION SHOULD NOT BE DISMISSED

Upon the failure of the parties to file an appropriate stipulation in settlement of the Motion For Relief From Stay filed by Ditech Financial LLC *(regarding 1951 Oakhurst Drive, Center Valley, PA 18034)*, on March 30, 2016 , (the "Motion"),

IT IS HEREBY ORDERED that movant shall show cause why the Motion should not be dismissed, which show cause hearing shall be held as follows:

**U.S. Bankruptcy Court - E.D. Pa.**
**Third Floor, The Madison**
**400 Washington Street**
**Reading, Pennsylvania, 19601**

on:    Thursday, August 11, 2016

at:    9:30 a.m. prevailing time.

BY THE COURT

**Date: July 22, 2016**

_____
Richard E. Fehling,
United States Bankruptcy Judge