UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                               :

ERIC SCOTT VEGAS
                                                                     : Bankruptcy No. 15-18347REF
    Debtor(s)                                                        : Chapter 13

## ORDER

AND NOW, this 28th day of July, 2016, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

_____
Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

ZACHARY ZAWARSKI ESQ
1441 LINDEN STREET
BETHLEHEM PA 18018

ERIC SCOTT VEGAS
1951 OAKHURST DRIVE
CENTER VALLEY,PA.18034