United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Eric Scott Vegas  
      Debtor

Case No. 15-18347-ref  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Keith     Page 1 of 2     Date Rcvd: Jul 28, 2016  
                      Form ID: pdf900     Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2016.

```
db          +Eric Scott Vegas,    1951 Oakhurst Drive,    Center Valley, PA 18034-9468
smg         +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
              Allentown, PA 18101-1603
smg          City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg         +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg         +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13637054    +Assoc Credit Services,    115 Flanders Rd., Ste. 140,    Westborough, MA 01581-1087
13637055    +Bank of America, N.A.,    7105 Corporate Drive,    Plano, TX 75024-4100
13635845    +CREDIT ACCEPTANCE,    25505 W 12 MILE RD SUITE 3000,    SOUTHFIELD MI 48034-8331
13637057    +Credit Acceptance,    P.O. Box 513,    Southfield, MI 48037-0513
13662575    +Ditech Financial LLC,    c/o JOSHUA ISAAC GOLDMAN,    KML Law Group, P.C.,
              701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13637058    +Ditech Mortgage Corp.,    1100 Virginia Drive #100,    Fort Washington, PA 19034-3204
13637062    +Medical Data Systems Inc.,    645 Walnut St., Ste. 5,    Gadsden, AL 35901-4173
13656190    +Midland Credit Management, Inc. as agent for,    Asset Acceptance LLC,    PO Box 2036,
              Warren, MI 48090-2036
13637063    +Penn Credit,    916 S. 14th Street,    Harrisburg, PA 17104-3425
13637064    +Phelan Hallinan Diamond & Jones, LLP,    1617 JFK Boulevard, Suite 1400,    One Penn Center Plaza,
              Philadelphia, PA 19103-1823
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg         +E-mail/Text: robertsl2@dnb.com Jul 29 2016 01:37:58     Dun & Bradstreet, INC,
              3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 29 2016 01:37:48
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 29 2016 01:38:02     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13637053     E-mail/Text: ebn@americollect.com Jul 29 2016 01:37:57     Americollect, Inc.,
              1851 S. Alverno Rd.,    Manitowoc, WI 54220
13637056    +E-mail/Text: banko@berkscredit.com Jul 29 2016 01:37:42     Berks Credit & Collections, Inc.,
              900 Corporate Drive,    Reading, PA 19605-3340
13642413    +E-mail/PDF: gecsedi@recoverycorp.com Jul 29 2016 01:36:04     Green Tree Servicing, LLC,
              7360 S. Kyrene Road,    Tempe, AZ 85283-8432
13637060    +E-mail/Text: ebnsterling@weltman.com Jul 29 2016 01:37:43     Kay Jewelers,    375 Ghent Rd.,
              Akron, OH 44333-4600
13637061    +E-mail/Text: cslehigh@pacses.com Jul 29 2016 01:38:14
              Lehigh County Domestic Relations Section,    14 North 6th Street,    Allentown, PA 18101-1402
13645910     E-mail/Text: bnc-quantum@quantum3group.com Jul 29 2016 01:37:44
              Quantum3 Group LLC as agent for,    Sterling Jewelers Inc,    PO Box 788,
              Kirkland, WA  98083-0788
13637065    +E-mail/Text: sdietz@swrecovery.com Jul 29 2016 01:38:15     Southwest Recovery Services,
              17311 Dallas Pkwy #23,    Dallas, TX 75248-1132
13637066    +E-mail/Text: zzawarski@zawarskilaw.com Jul 29 2016 01:38:09     Zachary Zawarski, Esq.,
              1441 Linden Street,    Bethlehem, PA 18018-2606
                                                                                              TOTAL: 11
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13637059    ##+Joseph Mann & Creed,    20600 Chagrin Blvd., Ste. 5,    Shaker Heights, OH 44122-5340
                                                                                 TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2016                                       Signature:   /s/Joseph Speetjens

```
District/off: 0313-4          User: Keith                 Page 2 of 2              Date Rcvd: Jul 28, 2016
                              Form ID: pdf900             Total Noticed: 26
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 28, 2016 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              ZACHARY   ZAWARSKI    on behalf of Debtor Eric Scott Vegas zzawarski@zawarskilaw.com
                                                                                             TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

ERIC SCOTT VEGAS
                                                    : Bankruptcy No. 15-18347REF
        Debtor(s)                                 : Chapter 13

## ORDER

AND NOW, this 28th day of July, 2016, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

_____
Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

ZACHARY ZAWARSKI ESQ
1441 LINDEN STREET
BETHLEHEM PA 18018

ERIC SCOTT VEGAS
1951 OAKHURST DRIVE
CENTER VALLEY,PA.18034